An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

CSAA GENERAL INSURANCE
COMPANY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE KENNETH C.
CORY, DISTRICT JUDGE,
Respondents,
and
A'KIMIE GREGORY, INDIVIDUALLY
AND AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF NASSERRE
HARDIMON, DECEASED,
Real Party in Interest.

No. 68872

FILED

NOV 13 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This is an original petition for a writ of mandamus challenging a district court order denying a motion to dismiss. Having considered the petition, we are not persuaded that petitioner has met its burden to demonstrate that our extraordinary discretionary intervention is warranted. NRS 34.160; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997) (noting that this court generally will not consider writ petitions challenging orders denying motions to dismiss). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

SUPREME COURT
OF
NEVAOA

(O) 1947A

15-34626

cc: Hon. Kenneth C. Cory, District Judge
Alverson Taylor Mortensen & Sanders
Benson, Bertoldo, Baker & Carter, Chtd.
Clark Fountain La Vista Prather Keen & Littky-Rubin
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A